**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| HMO LOUISIANA, INC., | ) | |
| | ) | Case No. 24-2931 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 18, 2024 Order, Plaintiff HMO Louisiana, Inc.

("HMOLA"), and Defendants hereby submit the following status report on the litigation.

The parties have reached an impasse on negotiating a global resolution of all pending

claims and issues.  As such, the parties propose that the litigation proceeds as follows:

- HMOLA will seek leave to file an Amended Complaint by **December 6, 2024**,

  which Defendants do not oppose; and

- HMOLA will withdraw its Motion For A Temporary Restraining Order (ECF

  No. 3) without prejudice and reserving its rights.

The parties are available to discuss the current status of the litigation should the Court

require.

-2-

Dated: November 22, 2024

By: */s/ M. Jared Littman*

    M. JARED LITTMAN
    Assistant United States Attorney
    PA Bar #91646
    U.S. Attorney's Office
    District of Columbia
    601 D Street NW
    Washington, DC 20530
    (202) 252-2523
    Jared.Littman@usdoj.gov

    *Attorneys for the United States of America*

By: _____

    Paul Werner
    Imad Matini
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    2099 Pennsylvania Ave, N.W., Suite 100
    Washington, D.C. 20006
    Tel. 202-747-1900
    pwerner@sheppardmullin.com
    imatini@sheppardmullin.com

    *Counsel for HMO Louisiana, Inc.*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court

using CM/ECF system which will send notification of such filing on all counsel of record on

November 22, 2024.

Dated: November 22, 2024                    Respectfully submitted,

                                            */s/ Paul Werner*
                                            Paul Werner (D.C. Bar #482637)