UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HMO LOUISIANA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-2931 (CRC) |

## NOTICE

　　Defendants the U.S. Department of Health and Human Services, the Centers for Medicare & Medicaid Services ("CMS"), Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services, and Chiquita Brooks-Lasure, in her official capacity as Administrator of CMS, by and through their undersigned counsel, hereby give notice of the filing of the attached certified list of all contents of the administrative record pursuant to Local Rule 7(n)(1).  On January 10, 2025, defense counsel made available to counsel of record for plaintiff a true and correct electronic copy of the administrative record in this case.

Dated: January 10, 2025
　　　　 Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:　　　　　*/s/ M. Jared Littman*
　　　　M. JARED LITTMAN
　　　　Assistant United States Attorney
　　　　601 D Street, NW

1

Washington, DC 20530
(202) 252-2523

*Attorneys for the United States of America*