-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HMO LOUISIANA, INC., | ) |
| *Plaintiff,* | ) Case No. 24-2931-CRC |
| v. | ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) |
| *Defendants.* | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff HMO Louisiana, Inc. ("HMOLA"), respectfully moves this Court for summary judgment under Federal Rule of Civil Procedure 56. As set forth more fully in its accompanying brief in support of its motion, HMOLA is entitled to summary judgment because Defendants unlawfully calculated HMOLA's 2025 Star Rating in a manner that was arbitrary and capricious and contrary to law. HMOLA further respectfully requests oral argument regarding its Motion for Summary Judgment.

-2-

Dated: February 14, 2025

By:_____

Paul Werner (D.C. Bar #482637)
Imad Matini (D.C. Bar # 1552312)
Hannah Wigger (D.C. Bar # 208851)
Tifenn Drouaud (D.C. Bar #90017819)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave N.W., Suite 1000
Washington, D.C. 20006
Tel. 202-747-1900
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
hwigger@sheppardmullin.com
tdrouaud@sheppardmullin.com

*Counsel for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2025, I electronically filed the foregoing document and the accompanying exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Paul Werner*
Paul Werner
