IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HMO LOUISIANA, INC., | ) |
|  | ) |
| *Plaintiff,* | ) Case No. 24-2931-CRC |
|  | ) |
| v. | ) |
|  | ) |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) |
|  | ) |
| *Defendants.* | ) |

**NOTICE OF FILING OF JOINT APPENDIX**

Pursuant to Local Rule 7(n), the parties submit the attached Joint Appendix containing all pages of the administrative record that are cited or otherwise relied upon by the parties in their briefs on the pending cross-motions for summary judgment. All parties agree on the contents of the Joint Appendix.

-1-

## TABLE OF CONTENTS

| Description | Joint Appendix Citation | Administrative Record Citation |
|---|---|---|
| Medicare 2025 Part C & D Star Ratings Technical Notes | JA 1–214 | AR 1–214 |
| September 12, 2024 email from W. Miller to CMS Part C & D Star Ratings re Plan Preview #2 H6453 | JA 215–216 | AR 215–223 |
| October 3, 2024 email from CMS Part C & D Star Ratings to W. Miller re Plan Preview #2 H6453 | JA 217–218 | AR 224–229 |
| Excerpts of October 15, 2024 email from V. Duran (CMS) to L. Patalano, et al. re Plan Preview #2 H6453 | JA 219–220 | AR 241–242 |
| Excerpts of October 24, 2024 email from W. Miller to CMS Part C & D Star Ratings re Plan Preview #2 H6453 | JA 221–224 | AR 254–257 |
| November 15, 2024 email from W. Miller to CMS Part C & D Star Ratings re Plan Preview #2 H6453 | JA 225–229 | AR 315–321 |

Dated: May 6, 2025

| | |
|---|---|
| By: */s/ M. Jared Littman (signed with consent)*<br>M. JARED LITTMAN<br>Assistant United States Attorney<br>PA Bar #91646<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2523<br>Jared.Littman@usdoj.gov<br><br>*Attorneys for the United States of America* | By: _____<br>Paul Werner (D.C. Bar #482637)<br>Imad Matini (D.C. Bar # 1552312)<br>Hannah Wigger (D.C. Bar # 208851)<br>Tifenn Drouaud (D.C. Bar #90017819)<br>SHEPPARD, MULLIN,<br>  RICHTER & HAMPTON LLP<br>2099 Pennsylvania Ave N.W., Suite 1000<br>Washington, D.C. 20006<br>Tel. 202-747-1900<br>pwerner@sheppardmullin.com<br>imatini@sheppardmullin.com<br>hwigger@sheppardmullin.com<br>tdrouaud@sheppardmullin.com<br><br>*Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, I electronically filed the foregoing document and the accompanying exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Paul Werner*
Paul Werner
