#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HMO LOUISIANA, INC., | ) ) ) | Case No. 24-2931-CRC |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) |  |
| Defendants. | ) ) |  |

### CONSENT MOTION TO CONTINUE HEARING

Plaintiff HMO Louisiana, Inc. ("HMOLA"), with the consent of Defendants, moves this Court to continue the hearing currently scheduled for June 26, 2025. In support of its motion, HMOLA states as follows.

1. On May 2, 2025, the parties completed briefing on cross motions for summary judgment.

2. On June 4, 2025, the Court entered an Order setting a hearing for the cross motions for summary judgment for June 26, 2025.

3. However, counsel for Plaintiff has several immovable scheduling conflicts on the time and date of the currently scheduled hearing, including a hearing in another matter and a deposition. As such, counsel for Plaintiff is unavailable on June 26, 2025.

4. Accordingly, counsel for Plaintiff seeks a brief continuance of the scheduled hearing. Plaintiff's counsel has conferred with counsel for Defendants regarding the scheduling conflict, and counsel for Defendants consents to this request.

5. Counsel for the parties are available the afternoon of July 2 or on July 3, 2025. If the Court is not available either of those days, Counsel for the parties can propose dates the week of July 7.

6. This motion is made for good cause and not for the purpose of undue delay, and is being submitted before the currently scheduled hearing.

Dated: June 11, 2025

By:_____

Paul Werner (D.C. Bar #482637)
Imad Matini (D.C. Bar # 1552312)
Hannah Wigger (D.C. Bar # 208851)
Tifenn Drouaud (D.C. Bar #90017819)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave N.W., Suite 1000
Washington, D.C. 20006
Tel. 202-747-1900
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
hwigger@sheppardmullin.com
tdrouaud@sheppardmullin.com

*Counsel for Plaintiff*