UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HMO LOUISIANA, INC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, et al.,<br><br>　　　　Defendants. | Civil Action No. 24-2931 (CRC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John J. Bardo and remove the appearance of Assistant United States Attorney M. Jared Littman as counsel for Defendants in the above-captioned case.

Dated: June 13, 2025

Respectfully submitted,

By: */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorney for the United States of America*