# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HMO LOUISIANA, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>    Defendants. | Case No. 24-cv-2931 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [ECF No. 17] Plaintiff's Motion for Summary Judgment is DENIED.  It is further

**ORDERED** that [ECF No. 20] Defendant's Cross-Motion for Summary Judgment is GRANTED.  It is further

**ORDERED** that the complaint and case are dismissed.

This is a final appealable Order.

**SO ORDERED**.

                                                                                            _____
                                                                                            CHRISTOPHER R. COOPER
                                                                                            United States District Judge

Date:  July 9, 2025