# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HMO LOUISIANA, INC., | ) |
|  | ) |
| *Plaintiff,* | ) Case No. 24-2931-CRC |
|  | ) |
| v. | ) |
|  | ) |
| DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, et al., | ) |
|  | ) |
| *Defendants.* | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff HMO Louisiana, Inc. ("HMOLA"), in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order denying Motion for Summary Judgment for the Plaintiff and granting Cross-Motion for Summary Judgment for the Defendant (Dkt. 28) on the 9th of July, 2025. This notice of appeal is timely because it was filed within 60 days of entry of final judgment in a case in which one of the parties is a United States agency. Fed. R. App. P. 4(a)(1)(B).

-1-

-2-

Dated: July 21, 2025                    Respectfully submitted,

By:_____

Paul Werner (D.C. Bar #482637)
Imad Matini (D.C. Bar # 1552312)
Hannah Wigger (D.C. Bar # 208851)
Tifenn Drouaud (D.C. Bar #90017819)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave N.W., Suite 1000
Washington, D.C. 20006
Tel. 202-747-1900
pwerner@sheppardmullin.com
imatini@sheppardmullin.com
hwigger@sheppardmullin.com
tdrouaud@sheppardmullin.com

*Counsel for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025, I electronically filed the foregoing document and the accompanying exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

    /s/ *Paul Werner*
    Paul Werner