# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5269** **September Term, 2025**

**1:24-cv-02931-CRC**

**Filed On: August 18, 2026** **[2188676]**

HMO Louisiana, Inc.,

Appellant

v.

Department of Health and Human Services, et al.,

Appellees

**M A N D A T E**

In accordance with the judgment of June 26, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Amy Yacisin
Deputy Clerk

Link to the judgment filed June 26, 2026