# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5269** **September Term, 2025**

FILED ON: JUNE 26, 2026

HMO LOUISIANA, INC.,
APPELLANT

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,
APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:24-cv-02931)

---

Before: HENDERSON, CHILDS, and PAN, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's entry of summary judgment in favor of the Centers for Medicare and Medicaid Services be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: June 26, 2026

Opinion for the court filed by Circuit Judge Pan.
Circuit Judge Henderson concurs in the judgment.